
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 3:22-00038 |
| v. | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) 18 U.S.C. § 924 |
| CHRISTOPHER WADE | ) |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about March 11, 2020, in the Middle District of Tennessee, **CHRISTOPHER WADE**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Ruger P85 model 9 mm caliber pistol, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

FOREPERSON

MARK H. WILDASIN
UNITED STATES ATTORNEY

ANDREW NOTARISTEFANO
ASSISTANT UNITED STATES ATTORNEY